UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

PAUL SCINTO, SR.,                       )
                                        )
                Plaintiff,              )
                                        )
        v.                              )       Civil Action No. 08-0361 (PLF)
                                        )
FEDERAL BUREAU OF PRISONS, et al.,      )
                                        )
                Defendants.             )
_____)

ORDER

For the reasons stated in the Opinion issued this same day, it is hereby

ORDERED that defendants' motion to dismiss [13] or, in the alternative, to transfer venue [14] is GRANTED in part and DENIED in part; it is

FURTHER ORDERED that the claims against defendants the Bureau of Prisons, Lappin and White are DISMISSED; it is

FURTHER ORDERED that the claims against defendants Stansberry, McClintock and Holt may proceed only to the extent they are sued in their individual capacities; it is

FURTHER ORDERED that this action shall be TRANSFERRED to the United States District Court for the Eastern District of North Carolina; it is

FURTHER ORDERED that the Clerk of the Court shall transfer all papers in this proceeding, together with a certified copy of this Order, to the United States District Court for the Eastern District of North Carolina; and it is

FURTHER ORDERED that the Clerk of this Court shall remove this case from the docket of this Court.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: March 30, 2009